FILED

12/19/2019

Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT,
FOR THE DISTRICT OF MONTANA,
BUTTE DIVISION

| | |
|---|---|
| **Charles Andrew and Joanie Kyle Dreisbach, individually and on behalf of their minor children H.M.D., C.S.D., and T.B.D.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**West American Insurance Company; Liberty Mutual Insurance Company; Liberty Mutual Fire Insurance Company; Liberty Mutual Group, Inc.; and John Doe Defendants I-V,**<br><br>Defendants. | Case No. CV-19-00052-SEH<br><br>Judge Sam E. Haddon<br><br>ORDER |

Plaintiffs' Unopposed Motion to Dismiss Certain Defendants (Doc. 10) is

GRANTED. Defendants Liberty Mutual Insurance Company, Liberty Mutual Fire

Insurance Company, and Liberty Mutual Group, Inc. are DISMISSED WITH

PREJUDICE.

Defendant West American Insurance Company and the John Doe

Defendants I-V remain Defendants.

The caption is amended to reflect the dismissal of Defendants Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, and Liberty Mutual Group, Inc.

Dated this 19th day of December, 2019.

Sam E. Haddon
United States District Judge