# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| Charles Andrew and Joanie Kyle Dreisbach, individually and on behalf of their minor children H.M.D., C.S.D., and T.B.D., <br><br> Plaintiffs, <br><br> vs. <br><br> West American Insurance Company; and John Doe Defendants I-V, <br><br> Defendants. | No. CV 19-52-BU-SEH <br><br> **ORDER** |

On January 23, 2020, Defendant filed an Unopposed Motion to Allow Associate Counsel to Appear at Preliminary Pretrial Conference.[1]

ORDERED:

1. The Unopposed Motion to Allow Associate Counsel to Appear at Preliminary Pretrial Conference[2] is GRANTED.

---

[1] Doc. 13.

[2] Doc. 13.

2. Ryan Heuwinkel, Esq., may attend the preliminary pretrial conference scheduled for February 6, 2020, at 11:00 a.m., in place of lead counsel, John E. Bohyer, Esq.

DATED this 24th day of January, 2020.

*Sam E. Haddon* (signature)
SAM E. HADDON
United States District Judge