IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

---

CHARLES ANDREW and JOANIE KYLE DREISBACH, individually and on behalf of their minor children H.M.D., C.S.D., and T.B.D.,

Plaintiffs,

-vs.-

WEST AMERICAN INSURANCE COMPANY, and JOHN DOE DEFENDANTS I-V,

Defendants.

Cause No. CV-19-00052-SEH

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Upon stipulation of the parties hereto, and good cause appearing therefor,

IT IS HEREBY ORDERED that the above matter be dismissed with prejudice as fully and finally settled on the merits, each party to bear its own costs and attorneys' fees incurred herein.

DATED this 19th day of June, 2020.

*Sam E. Haddon*
Sam E. Haddon
United States District Judge